Opinion issued April 12, 2012

     

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-12-00152-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE WYDELL DIXON, Relator

 

 



Original Proceeding on Petition for Writ of Mandamus

 

 



MEMORANDUM OPINION [1]

 

By petition for writ of mandamus,
relator, Wydell Dixon, seeks mandamus relief from the
trial court’s February 10, 2012 Order Denying Motion to Waive Bond.

We DENY 
the petition for writ of mandamus. We also lift the stay
previously imposed by this Court and dismiss all pending motions as moot.             

Per Curiam

 

Panel consists of Chief Justice Radack and Justices Higley
and Brown.    

 

       











[1]           The underlying
case is Texas City Animal Control v. Wydell Dixon,
No. 66,854 in the County Court at Law Number Three of Galveston County, Texas,
the Hon. Christopher M. Dupuy, presiding.